IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                    No. 2:12CV6026
                                 No. 2:09CR60007

KEVIN LAMONT BREWER                          DEFENDANT/PETITIONER

## **ORDER**

Now on this 17th day of September 2012, there comes on for consideration the report and recommendation filed herein on August 2, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 90). Also before the Court are Mr. Brewer's objections (doc. 92).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 83) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge